# BARKER, GELFAND & JAMES

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**Atlantic County Office:**
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **

JEFFREY A. JAKETIC

JEFFREY P. SARVAS, OF COUNSEL

**Camden County Office:**
The Laurelwood Corporate Center
1101 Laurel Oak Road – Suite 110
Voorhees, New Jersey 08043
(856) 874-0555
(609) 601-8577 - Telefax

**Gloucester County Office:**
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
By Appointment Only

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: TGelfand@BarkerLawFirm.net

PLEASE REPLY TO
CAMDEN COUNTY OFFICE

July 29, 2013

The Honorable Joel Schneider, Magistrate Judge
United States District Court for the
    District of New Jersey/ Camden Vicinage
Mitchell H. Cohen Building & US Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

Re: Tracey Miller, Sr. v <u>Waterford Township</u>, Sergeant Joseph McNally, Officer Timothy Lyons, Evesham Township, and Officer Bernard Davis
Civil Action Number:    11-cv-3405 (JEI/ JS)
And

Re: S.M. (A Minor) Tracey Miller, Sr. Guardian ad Litem for S.M. v <u>Waterford Township</u>, Sergeant Joseph McNally, Officer Timothy Lyons, Evesham Township, and Officer Bernard Davis
Civil Action Number:    11-cv-3579 (JBS/JS)
And

Re: Ronald Miller, Sr. and Lavina Miller v <u>Waterford Township</u>, Sergeant Joseph McNally, and Officer Timothy Lyons
Civil Action Number:    11-cv-3578 (JBS/ JS)
Our File Number:        47620-124

Dear Judge Schneider:

In accord with Your Honor's Letter Order of June 28, 2013, dispositive motions are due to be filed with the Court by July 31, 2013. Since Your Honor's ruling, the deposition of Officer Staiger

Page 2
July 29, 2013
The Honorable Magistrate Judge Joel Schneider
United States District Court
Re:     Tracey Miller, Sr. v Waterford Township, et al.
        Civil Action Number:    11-cv-3405 (JEI/ JS)
            And
Re:     S.M. (A Minor) Tracey Miller, Sr. Guardian ad Litem for S.M. v Waterford Township, et al.
        Civil Action Number:    11-cv-3579 (JBS/JS)
            And
Re:     Ronald Miller, Sr. and Lavina Miller v Waterford Township, et al.
        Civil Action Number:    11-cv-3578 (JBS/JS)
        Our File Number:        47620-124

---

(scheduled for July 8, 2013) was rescheduled for today, July 29th. (The witness was present and the deposition went forward.)

In light of the adjourned deposition of Officer Staiger, and the timeframe needed for the transcript to be produced, reviewed, and perhaps made a part of the Motion for Summary Judgment, we respectfully request a two week adjournment for filing dispositive motions to August 14, 2013.

We have communicated with our adversary, and Mr. Fiore poses no objection.

Respectfully Submitted:

**BARKER, GELFAND & JAMES**
A PROFESSIONAL CORPORATION


By:     s/ Todd J. Gelfand
        _____
        Todd J. Gelfand, Esquire

cc:  Charles Fiore, Esquire
     Attorney for Plaintiffs

     J. Brooks DiDonato, Esquire
     Attorney for Evesham Township and Officer Davis

     James R. Birchmeier, Esquire
     Attorney for Sergeant McNally and Officer Lyons

     Township of Waterford:
         John Maroccia, Esquire/ Solicitor
         Chief of Police John W. Knoll

So Ordered this 30th day of July, 2013.
Joel Schneider
JOEL SCHNEIDER, USMJ